857 F.2d 1469
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Roscoe W. MILLION, Plaintiff-Appellant,
and
Claude F. Bloodgood, III; John B. Vester: Gregory W.
Cunningham; Rafael Acosta; William Shives, Plaintiffs,
v.
Gerald L. BALILES, individually and as former Attorney
General of Virginia and all agents thereof, individually and
as Governor of Virginia and all agents and/or successors
thereof; William G. Broaddus, individually and as former
Chief Deputy Attorney General of Virginia, individually and
as former Attorney General of Virginia and all agents
thereof; Mary Sue Terry, individually and as Attorney
General of Virginia and all agents and/or successors
thereof; Burnett Miller, III, individually and as Senior
Assistant Attorney General of Virginia; John T. Murray,
individually and as Claims Supervisor for Armco Insurance
Group; Armco Insurance Group; Marie Peterson, individually
and as Claims Representative for St. Paul's Insurance
Company, St. Paul's Insurance Company; Commonwealth of
Virginia, and all agents thereof, Defendants- Appellees.
 No. 87-7646.
 United States Court of Appeals, Fourth Circuit.
 Submitted: May 26, 1988.
Decided: Sept. 7, 1988.
 
 Roscoe W. Million, appellant pro se.
 Mark Ralph Davis (Office of the Attorney General of Virginia), for appellees.
 Before JAMES DICKSON PHILLIPS, CHAPMAN and WILKINSON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Roscoe W. Million appeals from the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. Bloodgood v. Baliles, C/A No. 87-76-N (E.D.Va. May 28, 1987). We dispense with oral argument because the dispositive issues recently have been decided authoritatively.
 
 
 2
 AFFIRMED.